**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

PRESIDENT OF TOWN COUNCIL ELIZABETH A. LOPER, elected official of the Town of Briny Breezes, *et al.*,

Plaintiffs,

vs.

Case No. 1:24-cv-20604-MD

ASHLEY LUKIS, in her official capacity as Chair of the Florida Commission on Ethics, *et al.*,

Defendants.

_______________________________________/

# JOINT STATEMENT OF UNDISPUTED FACTS

Plaintiffs and Defendants, pursuant to paragraphs 1 and 6 of the Court's Order Following Case Management Conference, Setting Pre-Trial Deadlines, and Referring Certain Matters to Magistrate Judge [ECF No. 45], and Local Rule 56.1(a), hereby jointly file the following Joint Statement of Undisputed Facts in conjunction with the Motions for Summary Judgment to be filed by October 11, 2024:

## Undisputed Facts

1. Plaintiffs are elected officials of municipalities existing under the laws of the State of Florida.

2. Defendants are members of the Florida Commission on Ethics (COE), and are charged with implementing and enforcing Florida's financial disclosure laws under Fla. Const., Art. II, § 8(g); Fla. Stat. §§ 112.3144 and 112.3145.

3. In 1976, the Florida Constitution was amended to require that all elected state constitutional officers annually file a full and public disclosure of their financial interests, which is done through the state-adopted Form 6, requiring the disclosure of personal financial information. *See* Fla. Const., Art. II, § 8; Fla. Stat. § 112.3144.

4. The Form 6 requirement did not apply to elected municipal officials or candidates for municipal office prior to January 1, 2024.

5. Instead, prior to January 1, 2024, elected municipal officials were required to make a more limited financial disclosure through the state-adopted Form 1. *See* Fla. Stat. § 112.3145.

6. In the 2023 legislative session, the Florida Legislature enacted (and, on May 11, 2023, the Governor signed) SB 774, which was codified at Laws of Florida 2023-49, and which amended (in relevant part) section 112.3144, to change the financial disclosure requirements to require, as of January 1, 2024, that all elected municipal officials file a Form 6 financial disclosure, rather than the previously required Form 1. *See* S.B. 774; Fla. Stat. § 112.3144 (2023).

7. As a result of SB 774, elected municipal officials, including Plaintiffs, are required to file a Form 6 (rather than the previously required Form 1) on or before July 1 of each year.

8. The failure of an elected municipal official to file a Form 6 on or before the annual deadline[1] will subject the elected municipal official, after a 60-day grace period, to automatic fines of $25 a day up to $1500, and, following an investigation and public hearing, a potential civil penalty of up to $20,000 and, among other things, a potential recommendation of removal from office. Fla. Stat. §§ 112.3144(8)(f), 112.317, 112.324(4).

9. Between the enactment of SB 774 and its effective date, approximately 125 municipal elected officials resigned.

10. In 2022, 206 State Elected officials filed financial disclosure forms.

11. In 2022, 681 County Elected officials filed financial disclosure forms.

12. In 2022, 2,200 Municipal Elected officials filed financial disclosure forms (including elected, but not appointed, City Clerks).

13. In 2022, 6,576 District Elected officials filed financial disclosure forms, including 399 School District elected filers and 6,177 Special District filers. The COE system does not delineate between elected and appointed Special District filers, so the COE included only the special district officials in the "District Elected" count when it had information/knowledge that the particular special district official was, in fact, elected. If the COE was unsure if the Special District officials were elected or appointed, it did not include those filers in the District Elected number.

---

[1] In light of the Court's entry of a temporary injunction prohibiting enforcement of SB 774, Plaintiffs were not required to file Form 6 disclosures on July 1, 2024 and, instead, filed Form 1 disclosures.

**Undisputed and Stipulated Exhibits**

| Exhibit | Description |
|---|---|
| 1. | Sample Form 1 |
| 2. | Sample Form 6 |
| 3. | 2018 Annual Report |
| 4. | 2019 Annual Report |
| 5. | 2020 Annual Report |
| 6. | 2021 Annual Report |
| 7. | 2022 Annual Report |
| 8. | 2024 Guide to the Sunshine Amendment and Code of Ethics |
| 9. | Financial Disclosure Information from COE Website |
| 10. | Florida Senate Committee on Ethics and Elections Staff Analysis on SB 774 |
| 11. | Florida Senate Rules Committee Staff Analysis on SB 774 |
| 12. | Florida House State Affairs Committee Staff Analysis on HB 37 |
| 13. | Florida House Local Administration, Federal Affairs, and Special Districts Subcommittee Staff Analysis on Staff Analysis on HB 37 |
| 14. | Florida House Committee on Ethics, Elections, and Open Government Subcommittee Staff Analysis on HB 37 |
| 15. | Florida Commission on Ethics' Instructions for filing Form 1 |
| 16. | Florida Commission on Ethics' Instructions for filing Form 6 |
| 17. | Florida Senate Committee on Ethics Hearing on SB 774 (Mar. 14, 2023) |
| 18. | Florida Senate Rules Committee Hearing on SB 774 (Mar. 30, 2023) |
| 19. | a. Florida Senate Floor Debate on SB 774 (Apr. 11, 2023)<br>b. Florida Senate Floor Debate on SB 774 (Apr. 12, 2023) |
| 20. | Florida House Floor Debate on SB 774 (Apr. 25, 2023) |
| 21. | Florida House Floor Debate on SB 774 (Apr. 26, 2023) |
| 22. | SB 774 (enrolled) |
| 23. | 2015 Annual Report |
| 24. | 2023 Annual Report |
| 25. | Art. II, Section 8, Florida Constitution |
| 26. | Section 112.3144, Florida Statutes |
| 27. | Deposition Transcript of Kerrie Stillman as Corp Rep of Commission on Ethics |
| 28. | State of Florida Commission on Ethics, History of Article II, Section 8, Florida Constitution |
| 29. | Hearing Transcript on Plaintiffs' Expedited Motion for Preliminary Injunction |

Dated this 9th day of October, 2024.

Respectfully submitted,

WEISS SEROTA HELFMAN
COLE + BIERMAN P.L.
200 East Broward Blvd., Ste. 1900
Fort Lauderdale, FL 33301
Telephone: (954) 763-4242
Facsimile: (954) 764-7770

*/s/ Jamie A. Cole*
Jamie A. Cole
Florida Bar No. 767573
Jcole@wsh-law.Com
Msaraff@wsh-law.Com
Edward G. Guedes
Florida Bar No. 768103
Eguedes@wsh-law.com
Szavala@wsh-law.com
Anne R. Flanigan
Florida Bar No. 113889
Aflanigan@wsh-law.com
Jeremy S. Rosner
Florida Bar No. 1018158
Jrosner@wsh-law.com
Kdoyle@wsh-law.com

*Counsel for Plaintiffs*

ASHLEY MOODY
ATTORNEY GENERAL
Office of the Attorney General
Complex Litigation - Bureau
PL-01 The Capitol
Tallahassee, FL 32399-1050
850-414-3300

/s/ *William H. Stafford III*
William H. Stafford III
Florida Bar No. 70394
William.Stafford@myfloridalegal.com
ComplexLitigation.eservice@myfloridalegal.com
Sara E. Spears
Florida Bar No. 1054270
Sara.spears@myfloridalegal.com

*Counsel for Defendants*