UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: AMENDED MODIFICATION
OF MAGISTRATE JUDGE PAIRING
ASSIGNMENT FOR MIAMI
_____/

**ORDER OF CASE REASSIGNMENT**

This matter is before the undersigned Magistrate Judge pursuant to Administrative Order No. 2024-80 and 81 that modifies the Magistrate Judge pairing plan for the Miami Division of this Court. Accordingly, pursuant to such Orders and at the direction of the presiding District Judge, the cases in which this Order is filed are reassigned to U.S. Magistrate Judge Ellen F. D'Angelo, the newly paired Magistrate Judge assigned to District Judge Melissa Damian.

**DONE AND ORDERED** in Fort Lauderdale, Florida on October 23, 2024.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Melissa Damian
    U.S. Magistrate Judge Ellen F. D'Angelo