UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20604-CIV-DAMIAN

**ELIZABETH A. LOPER**, *et al.*,

    Plaintiffs,

v.

**ASHLEY LUKIS**, *et al.*,

    Defendants.
_____/

### ORDER STAYING CASE IN ANTICIPATION OF FINAL JUDGMENT

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record.

On October 11, 2024, the Plaintiffs and Defendants filed cross-motions for summary judgment (the "Motions"). *See* ECF Nos. 59, 61. As the parties foreshadowed in their Joint Scheduling Report [ECF No. 13] and upon review of the Motions, judgment in favor of one side and against the other side will likely be entered as a matter of law on Plaintiffs' sole claim of government-compelled speech in violation of the First Amendment.

"The District Court has broad discretion to stay proceedings as incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997) (citation omitted); *see also Johnson v. Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001) ("[W]e accord district courts broad discretion over the management of pre-trial activities, including discovery and scheduling." (alteration added; citations omitted)).

Because this Court anticipates entering judgment upon adjudicating the Motions and recognizing that there has not been a pre-trial scheduling order entered in this matter (because the fully case dispositive Motions were filed early in the case), this Court finds that it would serve the interests of justice for, to the degree that any discovery or motion practice is in progress and/or any deadlines remain pending, the action to be stayed and the parties to conserve resources as the Order on the Motions is finalized.

In light of the foregoing, it is hereby

**ORDERED** that this case is temporarily **STAYED** pending this Court's forthcoming Order on the cross motions for summary judgment [ECF Nos. 59, 61].

The Clerk of Court is directed to **CLOSE** this case for administrative and statistical purposes only.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 29th day of September, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**